## James A. Blunk, Appellee, v. Rose M. Blunk, Appellant.

### Term No. 4,508.

Heard in this court at the October term, 1945; opinion filed January 7, 1946; released for publication February 7, 1946. Jacoby, Patton, Manns & Coppinger and O'Neill & Davey, for appellant; Green & Hoagland, for appellee; Kenneth F. Kelly, of counsel. Opinion by JUSTICE CULBERTSON. Not to be published in full.